LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 7, 2021

**REQUEST GRANTED.**
The Court approves the modification to bail conditions as proposed for defendant Elaine Carberry.

4/7/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

    I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.[1]  I write, without objection from the Government or Pretrial Services, to respectfully request a modification of their bail conditions.

    Following their arrest on August 13, 2020, Mx. Carberry was released pursuant to several conditions, including a personal recognizance bond of $100,000 to be cosigned by two financially responsible persons, a curfew, travel restrictions to the Southern and Eastern Districts of New York, and supervision as directed by Pretrial Services.  They were released on their own signature and met with Pretrial Services to discuss their release conditions.  Since their arrest, Mx. Carberry has been fully compliant with all their conditions of release.

    Mx. Carberry recently received work opportunities in New Jersey, which begin on April 12, 2021.  Her present release conditions do not permit her to accept this needed employment.  Accordingly, we respectfully request that Mx. Carberry's bail conditions be modified to allow for travel to New Jersey.

    Thank you for your consideration.

---

[1] Mx. Carberry's preferred pronouns are they/their/them

Respectfully submitted,

/s/

Anthony Cecutti

cc: Assistant United States Attorney Christy Slavik
Pretrial Services Officer Courtney Defeo