LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

July 19, 2021

**REQUEST GRANTED.**
The Court approves Defendant Carberry's bail conditions to be modified to permit travel as proposed.  7/19/2021  SO ORDERED.

*[Signature]*
LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

    I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.[1]  I write, without objection from the Government or Pretrial Services, to respectfully request a temporary modification of their bail conditions.

    Following their arrest on August 13, 2020, Mx. Carberry was released pursuant to several conditions, including a personal recognizance bond of $100,000 to be cosigned by two financially responsible persons, a curfew, travel restrictions to the Southern and Eastern Districts of New York,[2] and supervision as directed by Pretrial Services.  Since their arrest, Mx. Carberry has been fully compliant with all their conditions of release.

    Mx. Carberry's family will be gathering in New Hampshire from July 23, 2021, to July 31, 2021.  They will be residing at 34 Terrell Way, Gilmanton Ironworks, New Hampshire 03837.  Her present release conditions do not permit her to travel outside of New York and New Jersey.  Accordingly, we respectfully request that Mx. Carberry's bail conditions be modified to allow them to travel to New Hampshire from July 23, 2021, to July 31, 2021 to be with their family.

    Thank you for your consideration.

---

[1] Mx. Carberry's preferred pronouns are they/their/them.

[2] Mx. Carberry's travel restrictions were later expanded to include New Jersey.

Respectfully submitted,

/s/

Anthony Cecutti

cc: Assistant United States Attorney Christy Slavik
Pretrial Services Officer Courtney Defeo