LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 13, 2021

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> Bail is modified to permit travel to the Northern District of New York and to the Central District of California, only until November 6, 2021, subject to the condition that defendant informed her pretrial services officer with at least 24 hours notice of her travel plans and provide information regarding flight arrangements and address where she will be residing in the Northern District of New York and the Central District of California.
>
> 9/15/2021
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

    I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.[1]  I write, without objection from the Government or Pretrial Services, to respectfully request a permanent modification of their bail conditions.

    We request that Mx. Carberry's travel restrictions be expanded to include the Northern District of New York and the Central District of California.  Mx. Carberry has family that live in Albany County, which is within the Northern District.  As such, including this district as part of their travel restrictions will facilitate visits with family. Additionally, Mx. Carberry was recently offered a much needed employment opportunity in the Los Angeles area from September 27, 2021, to November 5, 2021.  Accordingly, we are also requesting the expansion of their travel restrictions to include the Central District of California.

    Finally, since their arrest, Mx. Carberry has been fully compliant with all their conditions of release.

    Thank you for your consideration.

\

---

[1] Mx. Carberry's preferred pronouns are they/their/them

2

Respectfully submitted,

/s/

Anthony Cecutti

cc: Assistant United States Attorney Christy Slavik
Pretrial Services Officer Courtney Defeo