LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 22, 2021

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
Bail conditions to be modified as proposed.

10/25/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

    I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.[1]  I write, without objection from the Government or Pretrial Services, to respectfully request a modification of their bail conditions.

    As the Court may recall, Mx. Carberry was permitted to travel to the Los Angeles, California on September 27, 2021, after they received a much needed employment opportunity in the area.  Such opportunity was scheduled to last until November 5, 2021.  Recently, Mx. Carberry's employer asked that they continue to work through December 17, 2021.  Accordingly, we request that Mx. Carberry be permitted to continue their employment in the Central District of California and return to New York by December 18, 2021.

    Finally, since their arrest, Mx. Carberry has been fully compliant with all their conditions of release.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

---

[1] Mx. Carberry's preferred pronouns are they/their/them

2

cc: Assistant United States Attorney Christy Slavik
Pretrial Services Officer Courtney Defeo

Case 1:20-cr-00544-LJL Document 55 Filed 10/25/21 Page 2 of 2