LAW OFFICE OF ANTHONY CECUTTI<br>
217 Broadway, Suite 707<br>
New York, New York 10007<br>
Phone: (212) 619-3730<br>
Cell: (917) 741-1837<br>
Fax: (212) 962-5037<br>
anthonycecutti@gmail.com

December 1, 2021

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Court approves the modification to bail conditions as proposed.
>
> 12/1/2021   SO ORDERED.
> /s/ Lewis J. Liman
> United States District Judge

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.[1]

I write, without objection from the Government or Pretrial Services, to respectfully request a modification of their bail conditions. Specifically, it is requested that Mx. Carberry's travel restrictions be expanded to include the Northern District of New York so that they may be able to visit family in Delmar, New York, from December 20, 2021 to January 2, 2022.

Since their arrest, Mx. Carberry has been fully compliant with all of their conditions of release.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

---

[1] Mx. Carberry's preferred pronouns are they/their/them

2

cc:  Assistant United States Attorney Christy Slavik
    Pretrial Services Officer Courtney Defeo

Case 1:20-cr-00544-LJL   Document 60   Filed 12/01/21   Page 2 of 2