LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 4, 2022

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves the modification to defendant Elaine Carberry's bail conditions as proposed.

1/4/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.[1]  I write, without objection from the Government or Pretrial Services, to respectfully request a modification of their bail conditions.

As the Court may recall, Mx. Carberry was permitted to travel to Los Angeles, California on September 27, 2021, after they received a much needed employment opportunity in the production industry.  In late October, pursuant to Mx. Carberry's employer's request that they continue with their employment based on their high performance, Your Honor permitted Mx. Carberry to remain in the Central District of California until December 18, 2021.  Mx. Carberry has since been asked to resume the same employment, beginning on January 10, 2022.  Accordingly, we respectfully request that Mx. Carberry be permitted to travel to the Central District of California on January 8, 2022, and return to New York on February 14, 2022.

Mx. Carberry, as previously directed by the Court, will provide Pretrial Officer Courtney Defeo with at least 24 hours notice of their travel plans and information regarding their flight arrangements and address where they will be residing in the Central District of California.

Finally, since their arrest, Mx. Carberry has been fully compliant with all their conditions of release.

---

[1] Mx. Carberry's preferred pronouns are they/their/them

2

Thank you for your consideration.

> Respectfully submitted,
>
> /s/
>
> Anthony Cecutti

cc:   Assistant United States Attorney Christy Slavik
      Pretrial Services Officer Courtney Defeo