LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 26, 2022

**REQUEST GRANTED.**
The Court approves the modification to defendant
Elaine Carberry's bail conditions as proposed.

1/27/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

    I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020.[1]  I write, without objection from the Government or Pretrial Services, to respectfully request a modification of their bail conditions.

    As the Court may recall, Mx. Carberry presently resides in Los Angeles, California because of their employment.  Your Honor had most recently granted our request for Mx. Carberry to remain in Los Angeles until February 14, 2022.  We respectfully request that they be able to work a few more days prior to their sentencing and return on February 17, 2022.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

---

[1] Mx. Carberry's preferred pronouns are they/their/them

2

cc:    Assistant United States Attorney Christy Slavik
       Pretrial Services Officer Courtney Defeo