LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 17, 2022

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.

2/17/2022  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020. They are scheduled to be sentenced tomorrow, February 18, 2022.

In connection with Mx. Carberry's sentencing, I respectfully request that the Court permit two of Mx. Carberry's close friends, Morgan Bassichis and Janie Williams, the opportunity to speak and share their thoughts and experiences regarding Mx. Carberry and their insights about them, in support of our request for a non-incarceratory sentence.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti