<div style="text-align:center">

**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 22, 2022

</div>

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.

2/22/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

<div style="text-align:center">

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

</div>

Dear Judge Liman:

    I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020. I write, without objection from the Government or Pretrial Services, to respectfully request a modification of their bail conditions pending their surrender on June 20, 2022.

    As the Court will recall, Mx. Carberry was living in and working in Los Angeles, California prior to sentencing. We respectfully request that they be able to return to Los Angeles and work tomorrow, February 23, 2022, until their surrender date. This will enable Mx. Carberry to earn a living to support themselves and earn the funds needed to pay the fine and restitution that was ordered by the Court at their sentencing.

    Thank you for your consideration.

<div style="margin-left:50%">

Respectfully submitted,

/s/

Anthony Cecutti

</div>

\

2

cc:     Assistant United States Attorney Christy Slavik
        Pretrial Services Officer Courtney Defeo