LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 23, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court approves Mx. Carberry to travel as proposed.

2/24/2023    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re: United States v. Elaine Carberry, 20 Cr. 544 (LJL)**

Dear Judge Liman:

I represent Elaine Carberry in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on August 13, 2020. On February 18, 2022, Mx. Carberry was sentenced to 6 months' incarceration and 3 years' supervised release, with the first 6 months of supervised release under home detention. As part of their sentence, Mx. Carberry was ordered to complete 400 hours of community service and pay $72,308.66 in restitution and a fine of $14,000. They were released from prison on December 16, 2022 and are now on home detention, while under supervision by the Department of Probation in the Eastern District of New York ("Probation EDNY").

I write, without objection from Probation EDNY, to respectfully request that Mx. Carberry be permitted to travel to Tyringham, Massachusetts from March 5, 2023 to March 12, 2023, to engage in a work opportunity through the Cheswatyr Foundation, a non-profit charitable organization dedicated to the support and development of creative contemporary music.

Following their release from prison, Mx. Carberry has been in full compliance. They have followed all rules regarding home detention. Further, they are engaged in community service and making restitution payments and payments toward the fine.

I have conferred with AUSA Christy Slavik regarding this request and she has informed me that the Government does not take any position.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti